IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRIAN JACKSON,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | Case No. 3-17-cv-00145-RL-JEM |
| v.           ) | |
| ) | |
| NORFOLK SOUTHERN RAILWAY    ) | |
| CO., a corporation,           ) | |
| ) | |
| Defendant.           ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. The parties held a planning meeting under Fed. R. Civ. P. 26(f) and agreed to this report thereafter. Patrick Harrington participated for the plaintiff(s), and John C. Duffey participated for the defendant(s).

2. Jurisdiction.

   The court has jurisdiction under 28 U.S.C. § 1334. The parties agree that the Plaintiff asserts claims under the Federal Employers Liability Act  45 U.S.C. § 51 *et seq.*

3. Pre-Discovery Disclosures.

   The parties will exchange, *but may not file*, Rule 26(a)(1) information by **August 16, 2017**.

4. Discovery Plan.

   The parties propose the following discovery plan.

   Discovery will be needed on the following subjects: <u>Liability; Plaintiff's injuries; Plaintiff's damages, and future medical needs.</u>

   Disclosure or discovery of electronically stored information should be handled as follows:  Electronic discovery shall be produced to the requesting party in a

1

commercially reasonable manner.  If a party requests documents that are stored in an electronic format, the disclosing party may provide the requesting party printed copies of the documents or may provide the requesting party copies of the documents on CD or DVD, by e-mail, or by other electronic means. If the receiving party determines in good faith that a disclosure of a document in a printed format does not adequately allow the party to review the document, the receiving party may request that an electronic copy be provided to it.  If a requesting party requests the examination of any hard drives, servers, computers, voice mail systems, or other electronic devices or components, such disclosure shall be made in a commercially reasonable manner.

At this time, the parties do not request an order specifically addressing claims of privilege or other protection that may be asserted after the production of documents, as they do not expect this to occur. But, they agree to abide by the provisions outlined herein, and to work cooperatively (as required by Rule 26 and Local Rule 37.1) in resolving any related discovery disputes, including any claims of privilege that may be asserted at any time.

The last date to complete all discovery **February 23, 2018**.

Maximum of **40** interrogatories by each party to any other party.

Maximum of **30** requests for admission by each party to any other party.

Maximum of **6** depositions by plaintiff(s) and **6** by defendant(s).

Each deposition is limited to a maximum of 7 hours unless extended by stipulation.

The parties must disclose the identity of any Rule 26(a)(2) witness and the witness's written report (if applicable) by:

**November 29, 2017** for plaintiff(s);

**January 17, 2018** for defendant(s); and

**March 5, 2018** for Rule 26(e) supplements.

5. Other Items.

The last date the plaintiff(s) may seek permission to join additional parties and to amend

the pleadings is **July 3, 2017**.

The last date the defendant(s) may seek permission to join additional parties and to amend the pleadings is **July 17, 2017**.

The time to file Rule 26 (a)(3) pretrial disclosures will be governed by separate order.

The case should be ready for jury trial by **March 26, 2018** and at this time is expected to take approximately 3-4 days.

6. Alternative Dispute Resolution.

    The case's settlement prospects may be enhanced via the following ADR procedure:

    Mediation

    The parties have agreed upon Peter Schroeder as mediator.

| | |
|---|---|
| /s/ Patrick J. Harrington | /s/ John C. Duffey |
| Patrick J. Harrington<br>HARRINGTON THOMPSON ACKER<br>& HARRINGTON<br>One N. LaSalle St., Suite 3150<br>Chicago, IL  60602<br>*Counsel for Plaintiff* | John C. Duffey<br>STUART & BRANIGIN LLP<br>300 Main Street, Suite 900<br>Lafayette, IN 47902-1010<br>*Counsel for Defendant* |

892810